UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 2:15-cr-146-FtM-99CM

DOMINIC MAURICE LYNCH
_____

**PRELIMINARY ORDER OF FORFEITURE**

The United States moves, pursuant to 18 U.S.C. § 492, 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b) for a preliminary order of forfeiture for a Canon all-in-one copier, scanner, printer.

Being fully advised in the relevant facts, the Court finds as follows:

The defendant has been found guilty of aiding and abetting the making of counterfeit currency, in violation of 18 U.S.C. § 471, as charged in Count One of the Indictment.

The United States has established the requisite nexus between the defendant's crime of conviction and the printer identified above. The government is now entitled to possession of the Canon all-in-one copier, scanner, printer pursuant to the provisions of 18 U.S.C. § 492, 28 U.S.C. § 2461(c), and Rule 32.2(b)(2).

Accordingly, it is **ORDERED** that the motion of the United States is GRANTED. Pursuant to 18 U.S.C. § 492, 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), the Canon all-in-one copier, scanner, printer identified above is FORFEITED to the United States of America for disposition

according to law, subject to the provisions of 21 U.S.C. § 853, as incorporated by 18 U.S.C. § 982(b)(1) and 28 U.S.C. § 2461(c).

Pursuant to Rule 32.2(b)(4) and the defendant's Plea Agreement (Doc. 141, p. 9), this order of forfeiture is final at the time it is entered.

The Court retains jurisdiction to address any third party interest that may be asserted and to complete the forfeiture and disposition of the property.

**DONE and ORDERED** in Fort Myers, Florida, this 7th day of October, 2016.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:  All Parties\Counsel of Record