**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

UNITED STATES OF AMERICA

v.                                              Case No. 2:15-cr-146-FtM-38CM

BRADLEY WES GAMBILL
TAYLOR MARIE AMMONS
DOMINIC MAURICE LYNCH
_____

## FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the United States' Motion for a Final Judgment of Forfeiture, pursuant to 21 U.S.C. § 853(n)(7) and Rule 32.2(c)(2) of the Federal Rules of Criminal Procedure, for a Final Judgment of Forfeiture for the Canon all-in-one copier, scanner, printer.

The Court entered Preliminary Orders of Forfeiture for the printer described above as to defendant Dominic Maurice Lynch, Taylor Marie Ammons, and Bradley Wes Gambill, pursuant to 18 U.S.C. § 492 and 28 U.S.C. § 2461(c).  Docs. 179, 182, 183.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the printer on the official government website, www.forfeiture.gov, from October 13, 2016 through November 11, 2016. Doc. 186.  The publication gave notice to all third parties with a legal

interest in the printer to file with the Clerk of Court, U.S. Federal Courthouse and Federal Building, 2110 First Street, Room 2-194, Fort Myers, FL 33901, a petition to adjudicate their interest within 60 days of the first date of publication. No third party has filed a petition or claimed an interest in the printer, and the time for filing such petition has expired.

Accordingly, it is hereby:

**ORDERED, ADJUDGED**, and **DECREED** that for good cause shown, the United States' motion is GRANTED.

It is **FURTHER ORDERED** that pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the printer identified above is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law.

Clear title to the printer is now vested in the United States of America.

**ORDERED** in Fort Myers, Florida, on December 16, 2016.

*[signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:   All Parties/Counsel of Record